DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

JOHN KEMP,

Appellant,

v.

EMILY A. HARRINGTON f/n/a Emily Kemp,

Appellee.

No. 2D2025-0160

————————————————

November 19, 2025

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for
Hillsborough County; Thomas N. Palermo, Judge.

Samuel J. Heller and Michael L. Lundy of Older Lundy Koch & Martino,
Tampa, for Appellant.

Mark S. Howard of Curry Law Group, P.A., Brandon, for Appellee.


PER CURIAM.

Affirmed.

NORTHCUTT, BLACK, and LABRIT, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.